U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 27 2022
AT____ O'CLOCK
John M. Domurad, Clerk - Albany

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. | 1:22-CR- 049 (LEK) |
| v. | ) **Information** | |
| **WAYNE MYERS,** | ) Violations: | 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A), (B), (C) |
| **Defendant.** | ) | [Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances; Distribution of Controlled Substances] |
| | ) 2 Counts & Forfeiture Allegation | |
| | ) County of Offense: | Albany |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**[Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (Cocaine Base, Cocaine, Amphetamine, Methamphetamine)]**

Between in or around June 2020 and in or around March 2021, in Albany County in the Northern District of New York, and elsewhere, the defendant, **WAYNE MYERS**, conspired to knowingly and intentionally distribute and possess with intent to distribute one or more controlled substances, in violation of Title 21, United States Code, Sections 846 and 841(a)(1). That violation involved: 280 grams or more of a mixture or substance containing cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A); 5 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B); and cocaine and amphetamine, both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 2
### [Distribution of a Controlled Substances (Cocaine base and Amphetamine)]

On or about October 23, 2020, in Albany County in the Northern District of New York, the defendant, **WAYNE MYERS**, knowingly and intentionally distributed one or more controlled substances, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved: 28 grams or more of a mixture or substance containing cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B); and amphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## FORFEITURE ALLEGATION

The allegations contained in Counts One and Two of this information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1) or 846, the defendant, **WAYNE MYERS,** shall forfeit to the United States of America any property constituting, and derived from, any proceeds obtained, directly and indirectly, as the result of such offenses, and any property used, and intended to be used, in any manner and part, to commit, and to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to, the following:

   a. $40,050 in United States currency that was seized from the defendant on August 11, 2020; and

   b. A money judgment totaling no less than $40,570 in United States currency.

If any of the property described above, as a result of any act or omission of the defendant:

   a.   cannot be located upon the exercise of due diligence;

2

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been comingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853.

Dated: April 27, 2022

CARLA B. FREEDMAN
United States Attorney

By:  */s/ Ashlyn Miranda*
Ashlyn Miranda
Assistant United States Attorney
Bar Roll No. 700759